AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

US v. Santos Bueno

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: MJ 04-1820

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Cohen | Antoine Pellegrini | Libby / Kelly |
| TRIAL DATE(S) 8/18 | COURT REPORTER | COURTROOM DEPUTY (MS) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/15 | | | Glenn Fitzpatrick |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.