UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:04CR40023-FDS |
| v. | ) | |
| | ) | VIOLATION: 8 U.S.C. |
| | ) | §1324(a)(1)(A)(ii) |
| JOSE SANTOS-BUENO | ) | (Transportation of Illegal |
| | ) | Aliens) |

## INDICTMENT

**COUNT ONE:**    8 U.S.C. § 1324(a)(1)(A)(ii) -- Transportation of Illegal Aliens

The Grand Jury charges:

On or about August 13, 2004, at Southboro, in the District of Massachusetts and elsewhere,

**JOSE SANTOS-BUENO,**

the defendant herein, knowing and in reckless disregard of the fact that aliens, had come to, entered and remained in the United States in violation of law, transported and moved such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and in furtherance of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); Title 8, United States Code, Section 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds the following:

That the offense charged in Count One involved the transporting of six or more unlawful aliens. Accordingly, USSG §2L1.1(b)(2)(A) is applicable to this case.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY

_____
PAUL G. CASEY
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; September 8, 2004.  at 1:35 pm

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

Place of Offense: _____  Category No. __II__  Investigating Agency __ICE__

City __Southboro__  Related Case Information:

County __Worcester__  Superseding Ind./Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __04-MJ-01820-CBS__
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __JOSE SANTOS-BUENO__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex __M__ Race: __Hispanic__ Nationality: __Mexican__

Defense Counsel if known: __Paige Kelly__  Address: __Federal Defender's Office  Boston, MA 02215__

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Paul G. Casey__  Bar Number if applicable _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __Spanish__

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: __August 13, 2004__

☒ Already in Federal Custody as __August 13, 2004__ in __Wyatt Federal Detention Center__
☐ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____   ☐ Misdemeanor _____   ☐ Felony _____

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/8/04   Signature of AUSA: _/s/ Paul G. Casey_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant        **TRANSPORTING ILLEGAL ALIENS**

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  8 USC §1324(a)(1)(A)(ii) | Transporting Illegal Aliens | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**