UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-1820-CBS |
| ) | |
| JOSE SANTOS BUENO ) | |

ORDER TO ARREST, DETAIN AND DEPOSE MATERIAL WITNESSES

TO THE UNITED STATES MARSHAL:

You are hereby ordered to arrest, detain and depose the following material witnesses in connection with the above-named case:

(1) Creusa Maria Nunes DeOliveira

(2) Rozinei Caitano DaSilva

(3) Marcio Rodrigues DosSantos

(4) ~~Weber Faria~~ No. Deported.

(5) Carlos Alberto Moreira

(6) Arnaldo Sebastiao Simoes

(7) Edilson Emido DaSilva



(8) Ronaldo S. Mello

(9) Jarmo Silva

(10) Joao Batista

(11) Erick HinoJosa

(12) Juan Flores

(13) Edgar Siles

(14) Patrick Santos

DATE: 9-14-04

_____
United States Magistrate Judge

**Motions**

1:04-mj-01820-CBS USA v. Santos Bueno et al

## United States District Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Kelley, Page entered on 9/3/2004 at 2:58 PM EDT and filed on 9/3/2004

**Case Name:**      USA v. Santos Bueno et al
**Case Number:**    1:04-mj-1820
**Filer:**          Dft No. 1 - Jose Santos Bueno
**Document Number:** 6

**Docket Text:**
MOTION for Order *To Arrest, Detain and Depose Material Witnesses* as to Jose Santos Bueno. (Kelley, Page)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=9/3/2004] [FileNumber=656135-0]
[90fd08e02a4a28301149e93066baa2628f66de6a364551b85375843f1a50bb35fb7c5
a3fe0fd9ec899dcfb740f98b9688b6b1904f2bfca1d061be20a5bd41188]]

**1:04-mj-1820-1 Notice will be electronically mailed to:**

Timothy Q. Feeley     timothy.feeley@usdoj.gov

Paul V. Kelly     pkelly@klhboston.com

**1:04-mj-1820-1 Notice will not be electronically mailed to:**

Page Kelly
Federal Defender Office
,