# FINANCIAL AFFIDAVIT

CJA 23

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: ~~Jose Santos Bueno~~ US vs. Edilson DaSilva (material witness)

PERSON REPRESENTED (Show your full name): Edilson DaSilva

CHARGE/OFFENSE (describe if applicable & check box): material witness / Transporting Illegal Aliens
☐ Felony
☐ Misdemeanor

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☒ Material Witness
9 ☐ Other (Specify)

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court:
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $___
IF NO, give month and year of last employment. How much did you earn per month $___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month $___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — N/A

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount $___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
IF YES, GIVE VALUE AND DESCRIBE IT — N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents:
List persons you actually support and your relationship to them — N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: N/A
Creditors / Total Debt / Monthly Payt. — $___ / $___

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Edilson Emidio da Silva

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.