# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|

IN THE CASE OF

US vs. Jose S. Bueno (Material Witness)

FOR

AT

PERSON REPRESENTED (Show your full name)

▶ CARLOS ALBERTO MOREIRA

DOCKET NUMBERS

Magistrate

District Court

Court of Appeals

| | |
|---|---|
| | 1 ☐ Defendant—Adult |
| | 2 ☐ Defendant—Juvenile |
| | 3 ☐ Appellant |
| | 4 ☐ Probation Violator |
| | 5 ☐ Parole Violator |
| | 6 ☐ Habeas Petitioner |
| | 7 ☐ 2255 Petitioner |
| | 8 ☒ Material Witness |
| | 9 ☐ Other (Specify) |

CHARGE/OFFENSE (describe if applicable & check box ➜ )  ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self Employed

Name and address of employer:

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month  $ _____

If married is your Spouse employed?  ☐ Yes  ☐ No

IF YES, how much does your Spouse earn per month $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____    SOURCES  N/A

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No  IF YES, state total amount  $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☐ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE $ _____    DESCRIPTION  N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them  N/A

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME: | N/A | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

▶ Carlos Alberto Moreira

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.