UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

CR. No. 04-1820-CBS

JOSE SANTOS BUENO
ENRIQUE MALAGON-LARA

## MOTION OF CRUEZA MARIA DE OLIVEIRA FOR DEPOSITION AND RELEASE PURSUANT TO FED. R. Cr. P. 15 (a)

The movant has been detained as a material witness pursuant to 18 U.S.C. 3144. Counsel for defendant Bueno has indicated her wish to take the deposition of Ms. De Oliveira and this Court has scheduled the taking of such depositions for Thursday, September 30, 2004.

Pursuant to Fed. R. Cr. P. 15 (a), Ms. De Oliveira moves this honorable Court to have her deposition taken, and to order her release from custody as a material witness upon the successful completion of that deposition. Ms. De Oliveira is prepared to submit to her deposition at any time at the convenience of the Court. Her Affidavit is attached hereto and incorporated by reference.

10-1-04

*Allowed. Ms. de Oliveira has been deposed and may now be released by this Court.*

Respectfully submitted,

*Roger A Cox* (signature)
Roger A. Cox BBO #551514
Cox & Cox
30 Main Street
Ashland, MA 01721-1178
(508) 231-1460

Attorney for C.M. De Oliveira

DATED: Sept. 29, 2004

## CERTIFICATE OF SERVICE

I hereby certify that true copies of this Motion and attached Affidavit have been served upon Page Kelly, Esq. Federal Public Defender, 408 Atlantic Ave., Boston, Ma 02210, and Paul Casey, AUSA, One Courthouse Way, Boston, MA 02210, this 29th Day of September, 2004. *Roger A. Cox* (signature)