UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.

JOSE SANTOS BUENO
ENRIQUE MALAGON-LARA

CR. No. 04-1820-CBS

## AFFIDAVIT OF CREUZA MARIA DE OLIVEIRA

I hereby, Crueza Maria De Oliveira, hereby swear under the pains and penalties of perjury:

1. I have met with my attorney, Roger A. Cox, Esq., and he has discussed my case with me and advised me.

2. After consulting with Mr. Cox, I have decided to submit to a deposition pursuant to Fed. R. Cr. 15 (a), at the convenience of the Court.

3. I have had this Affidavit read to me in Portugese and understand it.

SIGNED AND SWORN UNDER THE PAINS AND PENALTIES OF PERJURY THIS 29TH DAY OF SEPTEMBER, 2004.

*Creuza Maria de Oliveira*

Certification of Interpreter

I have translated this document to Ms. De Oliveira and am satisfied that she understands it. I have witnessed her signature on this document.

Claudia Azoff, Portugese Interpretor