AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE SANTOS BUENO

**WARRANT FOR ARREST**

Case Number:   04-40023-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   <u>EDILSON EMIDO DASILVA</u>
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  X Order of court  ☐ Violation  ☐ Probation Violation Petition

charging him or her      (brief description of offense)

**TO BE DEPOSED AS MATERIAL WITNESS**

in violation of   ____18____ United States Code, Section(s)   3144

| Lisa B. Roland | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Lisa B. Roland | September 17, 2004 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED 9-20-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-21-04 | G. Fitzpatrick Spec. Agent | |