AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE SANTOS BUENO

**WARRANT FOR ARREST**

Case Number:    04-40023-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    CREUSA MARIA NUNES DEOLIVEIRA
                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   ☐ Information   ☐ Complain   X Order of court      Violation        ☐ Probation Violation Petition

charging him or her      (brief description of offense)

TO BE DEPOSED AS MATERIAL WITNESS

in violation of      18      United States Code, Section(s)    3144

Lisa B. Roland                             Deputy Clerk
Name of Issuing Officer                    Title of Issuing Officer

*/s/ Lisa B. Roland*                        September 17, 2004
Signature of Issuing Officer                 Date and Location

Bail fixed at $ _____    by _____
                                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant |

| DATE RECEIVED<br>9-20-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>9-21-04 | Fitzpatrick Spec Agent | */s/* |