AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

2004 OCT -5  A 11: 47

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | |
| JOSE SANTOS BUENO | Case Number: 04-40023-FDS |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   ROZINEI CAITANO DASILVA
                                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

TO BE DEPOSED AS MATERIAL WITNESS

RECEIVED U.S. MARSHAL SVC
SEP 17 10 57 AM '04
WORCESTER, MASS.

in violation of  _____18_____ United States Code, Section(s)  _3144_

| Lisa B. Roland | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ LBRoland | September 17, 2004 |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____   by _____
                                                                                Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ | | |
| DATE RECEIVED 9-20-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 9-21-04 | G. Fitzpatrick, Special Agent | /s/ |