AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOSE SANTOS BUENO

**WARRANT FOR ARREST**

Case Number: 04-40023-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   __MARCIO RODRIGUES DOSSANTOS__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

TO BE DEPOSED AS MATERIAL WITNESS

in violation of   __18__   United States Code, Section(s) __3144__

Lisa B. Roland
Name of Issuing Officer

/s/ LB Roland
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 17, 2004
Date and Location

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 9-20-04 | G. Fitzpatrick Spec. Agent | |
| DATE OF ARREST | | |
| 9-21-04 | | |