AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE SANTOS BUENO

**WARRANT FOR ARREST**

Case Number:   04-40023-FDS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   CARLOS ALBERTO MOREIRA
                                                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

Indictment   ☐ Information   ☐ Complain   X Order of court   Violation   ☐ Probation Violation Petition

charging him or her      (brief description of offense)

**TO BE DEPOSED AS MATERIAL WITNESS**

in violation of   ____18____ United States Code, Section(s)   3144

Lisa B. Roland
Name of Issuing Officer

/s/ Lisa B. Roland
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

September 17, 2004
Date and Location

Bail fixed at $ _____ by _____
                                                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED 9-20-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-21-04 | G. Fitzpatrick Spec Agent | /s/ |