UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
         v.                        )   CRIMINAL ACTION
                                   )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,                 )
         Defendant,                )
_____)

## ORDER
October 6, 2004

**SWARTWOOD, M.J.**

By agreement of counsel for the Government and Mr. Santos-Bueno, arrest warrants for the following material witnesses are withdrawn:

    Arnaldo Sebastiano Simoes;

    Ronaldo S. Mello;

    Jarmo Silva;

    Joao Batista;

    Erick HinoJosa;

    Juan Flores;

    Edgar Siles; and

    Patrick Santos.

    /s/Charles B. Swartwood, III
    CHARLES B. SWARTWOOD, III
    MAGISTRATE JUDGE