AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MA

| UNITED STATES | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| JOSE SANTOS-BUENO | Case Number:  04-40023 |

| PRESIDING JUDGE<br>SWARTWOOD | PLAINTIFF'S ATTORNEY<br>CASEY | DEFENDANT'S ATTORNEY<br>KELLEY |
|---|---|---|
| TRIAL DATE (S)<br>10/7/2004 | COURT REPORTER<br>10:09 | COURTROOM DEPUTY<br>Roland |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | Witnesses |
| | | 10/7/04 | | | Glenn Fitzpatrick |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Exhibits |
| 1 | | 10/7/04 | X | X | Criminal Complaint and Supporting Affidavit |
| 2 | | 10/7/04 | X | X | Transcript of Grand Jury Testimony, September 8, 2002 |
| 3 | | 10/7/04 | X | X | Passenger Manifest of Van at Time of Stop |
| 4 | | 10/7/04 | X | X | Immigration Detainer for Mr. Santos-Bueno |
| | A | 10/7/04 | X | X | Picture of House |
| | B | 10/7/04 | X | X | Bueno & Extended Family |
| | C | 10/7/04 | X | X | Bueno & Immediate Family |
| | D | 10/7/04 | X | X | Marriage Certificate |
| | E | 10/7/04 | X | X | Proof of Wife Citizenship |
| | F | 10/7/04 | X | X | Proof of Mother in law Citizenship |
| | G | 10/7/04 | X | X | Proof of Father in law Citizenship |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages