UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-1820-CBS |
| | ) | |
| JOSE SANTOS BUENO | ) | |
| | ) | |

DEFENDANT'S MOTION FOR REVIEW OF DETENTION ORDER
BY DISTRICT COURT JUDGE

Defendant, Jose Santos Bueno moves, pursuant to 18 U.S.C.§ 3145(b), that the District Court revoke the order detaining him. See Order on Government's Motion for Detention ("Order")(Exhibit A). As grounds for this motion, defendant states that there are conditions that would reasonably assure that he will appear in court.

STATEMENT OF FACTS

Defendant is 32 years old, a native of Mexico, and has no history of criminal convictions, or even of arrests. He was married to Maria Veronica Alaniz in June, 1998 (see marriage certificate, Exhibit B).[1] She is a United States citizen (see her birth certificate, Exhibit C). They have one child, a daughter, who is five years old and is also a citizen (see family photograph, Exhibit D). For the past several years the defendant, his wife, and his daughter have lived with his wife's parents, Maria De Los Angeles Alanis and Mauro Alanis-Ramos, who are also citizens (see their naturalization certificates, Exhibits E and F). They live at 7936 Umphress Street in Dallas, Texas (see picture of home, Exhibit G).

---

[1] Exhibits B-F, attached, were also admitted at the detention hearing on October 7, before Magistrate Judge Charles B. Swartwood. These documents have exhibit stickers on them from that hearing with different letters assigned; counsel has reassigned exhibit letters to them for the sake of clarity here.

The defendant's wife has limited ability to hear and also has a degenerative eye disease. She is not able to work.

The defendant and his wife have numerous members of their extended families in the Dallas, Texas area, including Mr. Bueno's sister and three brothers. Mr. Bueno's family is active in their church, and his minister, Pastor Ralph Gonzales, has traveled to Boston from Texas since Mr. Bueno's arrest to visit him and to meet with counsel.

Mr. Bueno was steadily employed as a driver by several produce companies in the Dallas, Texas area over a period of about six years. In the Spring of 2004, he was operating a fork lift when he fell off and hit his head on a concrete floor. He suffered a blood clot in his brain as a result of this fall and was in a coma for approximately a week. He was then in rehabilitation for approximately a month. It is counsel's understanding that Mr. Bueno is supposed to be having follow-up visits with his doctors in Texas which he is missing as a result of his incarceration.[2]

Mr. Bueno is charged with transportation of six or more illegal aliens. If convicted, under the United States Sentencing Guidelines he faces a likely sentence of ten to sixteen months.

There is a detainer lodged against Mr. Bueno by the Bureau of Immigration and Customs Enforcement ("ICE"). It is counsel's understanding that Mr. Bueno is not deemed to be in the United States illegally at this time, as he formerly filed a petition for alien relative in 1999 under

---

[2] Because of stringent medical records privacy laws, counsel has had problems obtaining complete medical records for Mr. Bueno. She does have partial medical records which demonstrate that Mr. Bueno was hospitalized as reported and underwent rehabilitation afterwards. She expects to receive his complete medical records shortly.

the "245i" law. See letter, attached as Exhibit H, from attorney Susan Church.[3] According to the letter from attorney Church, if Mr. Bueno were released to the ICE detainer, he might well be released to his family in Texas.

ARGUMENT

The detention order describes the evidence against Mr. Bueno as "substantial." Order at 10. The evidence can be divided into two parts: Mr. Bueno's inculpatory statements, and the circumstantial evidence concerning the facts around his driving the van. Counsel intends to file a motion to suppress Mr. Bueno's statements. It is not disputed that Mr. Bueno was stopped along the highway by officers who immediately arrested him and questioned him concerning his role in the transportation of the passengers in the van without giving him his Miranda rights. Further, Mr. Bueno asserts that he did not make many of the statements attributed to him. For example, ICE Special Agent Glen Fitzpatrick testified that Mr. Bueno said that he spoke with the passengers and they told him they were illegal aliens. Five of these passengers were deposed on Thursday, September 30 and every one of them denied speaking to Mr. Bueno at all, about anything. Furthermore, every one of them denied being able to speak Spanish.

As for the circumstances surrounding Mr. Bueno's driving of the van, the five passengers testified that Mr. Bueno did not take money from any of them; was not present when they gave money to anyone; never spoke to any of them; and was not present when the passengers were being brought into the country or were waiting to be transported. In sum, none of the passengers saw Mr. Bueno until he got into the van and started driving it. Agent

---

[3]The letter, addressed to counsel, is dated October 7, the date of the hearing. At the time of the hearing, attorney Church had not been retained by the family of the defendant and was working on the case on a *pro bono* basis. The letter was inadvertently sent to the wrong address, so counsel was not able to use it at the hearing.

Fiztpatrick, at the hearing, testified that to his knowledge Mr. Bueno is not an owner or operator of the company that transported the aliens, he was merely a driver of the van.

The detention order states that Mr. Bueno is a flight risk, Order, p. 11. Mr. Bueno's one wish is to remain in this country with his wife and child, who are United States citizens. He does not want to return to Mexico to live in exile from his family there. He is asking the Court to release him to the ICE detainer, so that he can be taken back to Texas and make efforts to be released to his family there pending resolution of this case.

For the reasons set forth above, defendant respectfully requests that he be released on whatever conditions the district court deems appropriate.

## REQUEST FOR HEARING

Defendant requests a hearing on this motion. At the hearing, he intends to have attorney Church (whom his family is presently retaining to represent him for immigration purposes) available to answer questions concerning his immigration status; his Pastor, Ralph Gonzales, to testify concerning his character; a family member present to testify concerning his family ties; and documentation concerning his physical condition.

        JOSE SANTOS BUENO
        By his attorney,

        /s/ Page Kelley
        Page Kelley
          B.B.O. #548237
        Federal Defender Office
        408 Atlantic Avenue, 3rd Floor
        Boston, MA 02110
        Tel: 617-223-8061

Date: October 14, 2004