

**U.S. Department of Justice**

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (508) 368-0100*
*Facsimile:       (508) 756-7120*

*Federal Building & Courthouse*
*595 Main Street, Suite 206*
*Worcester, Massachusetts 01608*


October 22, 2004

Lisa Roland
Clerk to the Honorable Charles B. Swartwood, III
Clerks Office, Room 502
595 Main Street
Worcester, MA 01608

    Re:   <u>Jose Santos-Bueno</u>
          04-CR-40023-FDS (Transcript Request)

Dear Ms. Roland:

    Please be advised that Mr. Santos-Bueno has filed an appeal of Judge Swartwood's detention order in the above captioned matter. I am requesting that a transcript be prepared for the hearing that was held on October 7, 2004. Thank you for your assistance.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney


By: _____
     PAUL G. CASEY
     Assistant U.S. Attorney