# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
          v.                     )    CRIMINAL ACTION
                                 )    NO. 04-40023-FDS
JOSE SANTOS-BUENO,               )
          Defendant,             )
_____ )
```

## INITIAL STATUS REPORT
### October 27, 2004

**SWARTWOOD, M.J.**

The following is an Initial Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government has produced most of the discovery it intends to produce in this case. Counsel for Mr. Santos-Bueno has requested time to review that discovery and to have it reviewed by her client. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on December 15, 2004, at 2:45 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from September 28, 2004 (date of expiration of prior order of excludable time) through December 15, 2004 (date by which discovery should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, February 23, 2005</u>.


<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE