# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| v.                          ) | CRIMINAL ACTION |
| ) | NO. 04-40023-FDS |
| JOSE SANTOS-BUENO,          ) | |
|     Defendant,,       ) | |

### ORDER OF EXCLUDABLE TIME
### October 27, 2004

**SWARTWOOD, M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from September 28, 2004 (date of expiration of prior order of excludable time) through December 15, 2004 (date by which discovery should be completed) shall be excluded from the Speedy Trial Act.

                                         /s/Charles B. Swartwood, III
                                         CHARLES B. SWARTWOOD, III
                                         MAGISTRATE JUDGE