UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. |
| JOSE SANTOS-BUENO, | ) ) | 04-40023-FDS |
| Defendant. | ) ) ) | |

### ORDER

**SAYLOR, J.**

Defendant Jose Santos-Bueno has moved, pursuant to 18 U.S.C. § 3145(b), for revocation of the detention order entered by the Magistrate Judge on October 8, 2004.

The court has performed a *de novo* review of the facts and circumstances underlying the detention order, as required by *United States v. Tortora*, 922 F. 2d 880, 883 n.3 (1st Cir. 1990). Among other things, the court has reviewed the statement of facts and exhibits offered by defendant, which consist principally of evidence relating to (1) defendant's family circumstances, (2) his and his wife's medical conditions, and (3) his actual and potential immigration status. Defendant disputes certain statements allegedly made by him to law enforcement agents, and indicates that he intends to file a motion to suppress those statements.

The court agrees with the factual findings set forth by the Magistrate Judge, which need not be repeated here. The court also agrees with the Magistrate Judge that there is no condition or combination of conditions that will reasonably assure the appearance of the defendant at trial if he is released. *See* 18 U.S.C. § 3142(g). With regard to the potential for risk of flight, the court gives particular weight to the following facts: that the defendant is a citizen of Mexico; that he is

in the United States illegally; that he has no ties to Massachusetts of any kind; and that he faces the possibility of deportation to Mexico.  Moreover, even assuming that the disputed statements are excluded, the weight of the evidence against defendant is nonetheless substantial.  The court therefore agrees with the conclusions of the Magistrate Judge as set forth at pages 9 to 12 of the October 8 Order.

Defendant's motion for review of the detention order is therefore DENIED.

**So Ordered.**

                                                    /s/ F. Dennis Saylor
                                                  F. Dennis Saylor IV
                                                  United States District Judge

Dated: November 12, 2004