UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )     CRIMINAL ACTION
                               )     NO. 04-40023-FDS
JOSE SANTOS-BUENO,             )
          Defendant,           )
                               )
_____)
```

STATUS REPORT
December 15, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

Counsel for the parties have requested additional time to complete plea negotiation. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on January 27, 2005, at 2:15 p.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from December 15, 2004 (date of expiration of prior order of excludable time) through January

27, 2005 (date by which plea negotiations should be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, April 7, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE
