# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ )<br>UNITED STATES OF AMERICA,   )<br>                              )<br>                              )<br>        v.                    )<br>                              )<br>JOSE SANTOS-BUENO,            )<br>        Defendant,            )<br>_____) | CRIMINAL ACTION<br>NO. 04-40023-FDS |

### STATUS REPORT
### January 31, 2005

**SWARTWOOD, M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Plea Negotiations

Mr. Santos-Bueno's counsel has requested additional time to complete plea negotiations which will involve a competency evaluation of Mr. Santos-Bueno which is presently underway by a psychologist retained by Mr. Santos-Bueno's counsel. I have granted that request.

2. Final Status Conference

A final status conference shall be held in this case on March 14, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from January 27, 2005 (date of expiration of prior order of excludable time) through March 14, 2005 (date by which plea negotiations shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, May 23, 2005</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE