## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
_____
                            )
UNITED STATES OF AMERICA,   )
                            )
                            )
          v.                )   CRIMINAL ACTION
                            )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,          )
          Defendant,,       )
_____)
```

### ORDER OF EXCLUDABLE TIME
**January 31, 2005**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from January 27, 2005 (date of expiration of prior order of excludable time) through March 14, 2005 (date by which plea negotiations shall be completed) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE