UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )  CRIMINAL ACTION
                                    )  NO. 04-40023-FDS
JOSE SANTOS-BUENO,                  )
        Defendant,                  )
_____ )

STATUS REPORT
March 14, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. Competency

Counsel for Mr. Santos-Bueno has reported that her client's competency evaluation has been completed and she is awaiting a competency report which she will then share with counsel for the Government in order to determine whether or not this case can be resolved without a trial. Counsel for the parties have requested forty-five days to complete these tasks. I have granted that request.

2. Further Status Conference

A further status conference shall be held in this case on May 2, 2005, at 3:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal

Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 14, 2005 (date of expiration of prior order of excludable time) through May 2, 2005 (date by which the competency report will have been received and reviewed by the parties in order for them to complete plea negotiations). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, July 11, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE