# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.     )<br>)<br>JOSE SANTOS-BUENO,     )<br>        Defendant,,     )<br>_____) | **CRIMINAL ACTION**<br>**NO. 04-40023-FDS** |

### ORDER OF EXCLUDABLE TIME
### March 14, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 14, 2005 (date of expiration of prior order of excludable time) through May 2, 2005 (date by which the competency report will have been received and reviewed by the parties in order for them to complete plea negotiations) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE