# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 04-40023-FDS |
| JOSE SANTOS-BUENO, ) | |
| Defendant, ) | |

## STATUS REPORT
### May 25, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Substantive Motions</u>

Counsel for the parties have concluded that this case will not be resolved without a trial and have, therefore, requested a schedule for the filing of substantive motions. Such motions shall be filed by June 21, 2005. It is anticipated that one such substantive motion will refer to Mr. Bueno's mental capacity and will include an objection to the Government having Mr. Bueno independently examined as to his mental capacity. The Government shall file a response to that objection by July 6, 2005.

2. <u>Further Status Conference/Motion Hearing</u>

    I will conduct both a further status conference and a hearing on Mr. Bueno's Motion To Prevent The Government From Having Him Examined on <u>July 8, 2005, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.  Either or both counsel may attend this status conference/motion hearing by telephone.

    3.   <u>Excludable Time</u>

    With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from May 24, 2005 (date of expiration of prior order of excludable time) through July 8, 2005 (date on which a hearing will be held on the then pending pretrial motions in this case).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, September 16, 2005</u>.

    /s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE