**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

June 20, 2005

Paul Casey, Assistant U.S. Attorney
U.S. Attorney'S Office
Donohue Federal Building, Room #206
595 Main Street
Worcester, MA 01608

    Re:    United States v. Jose Santos Bueno
               Criminal No. 04 CR 40023 - FDS

Dear Mr. Casey,

    Please be informed that under R. 12.2(b) of the Federal Rules of Criminal Procedure the defendant intends to introduce expert evidence relating to a mental defect bearing on the issue of guilt.

                        Sincerely,

                        /s/ Page Kelley

                        Page Kelley
                        Assistant Federal Defender

PK/tmc