```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 04-40023-FDS
                                )
JOSE SANTOS-BUENO,              )
            Defendant           )
```

## JOINT STATUS CONFERENCE MEMORANDUM

The United States of America and the Defendant, by his counsel, Page Kelley, jointly submit this memorandum addressing the issues in Local Rule 116.5.  The parties do not believe that a status conference, scheduled for July 8, 2005, is necessary.

**Status**

The defendant has filed a notice of expert testimony pursuant to Fed. R. Crim. P. 12(2)(b).  The government has responded with a request, made pursuant to Fed. R. Crim. P. 16(b)(1)(C), for a written summary of any expert testimony that the defendant intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence.  The parties are in the process of completing the exchange of discovery regarding possible expert testimony and other matters and request additional time to complete the discovery process, review any additional discovery and determine whether any pre-trial motions should be filed.

The parties also request that the period from July 8, 2005 (date of expiration of prior order of excludable time) to the

1

next status conference be excluded in the interests of justice, since the parties are in the process of completing discovery, reviewing additional discovery and determining whether to file pre-trial motions.  These reasons serve the ends of justice and outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §3161(h)(8)(A).

**Local Rule 116.5(A)(7)**

If the case is tried, however, the parties anticipate that the trial will last approximately one week.

The parties respectfully request that an interim status conference be set on or after July 25, 2005.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:  /s/ Paul G. Casey
                Paul G. Casey
                Assistant U.S. Attorney

                JOSE SANTOS-BUENO
                Defendant

        By:  /s/ Page Kelley
                Page Kelley, Esq.

DATE: July 6, 2005

SS., WORCESTER

**<u>CERTIFICATE OF SERVICE</u>**

    I, Paul G. Casey, Assistant U.S. Attorney, hereby certify that a copy of the foregoing was served by facsimile on counsel of record on the 6th day of July, 2005.

                                           <u>/s/ Paul G. Casey</u>
                                           PAUL G. CASEY
                                           Assistant U.S. Attorney