```
               UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
          v.                    )   CRIMINAL ACTION
                                )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,              )
          Defendant,            )
_____)
```

## STATUS REPORT
### July 12, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Saylor, J. to whom this case is assigned:

   1.   <u>Discovery</u>

   The parties have requested additional time to complete the discovery process, review any additional discovery and to determine whether any pretrial motions should be filed. I have granted that request.

   2.   <u>Further Status Conference</u>

   A further status conference shall be held in this case on <u>July 27, 2005, at 10:00 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

   3.   <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 8, 2005 (date of expiration of prior order of excludable time) through July 27, 2005 (date by which discovery shall be completed). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 5, 2005</u>.

<u>/s/Charles B. Swartwood, III</u>
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE