UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                )
UNITED STATES OF AMERICA,       )
                                )
                                )
        v.                      )   CRIMINAL ACTION
                                )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,              )
        Defendant,              )
_____)


**ORDER OF EXCLUDABLE TIME**
**July 12, 2005**


**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 8, 2005 (date of expiration of prior order of excludable time) through July 27, 2005 (date by which discovery shall be completed) shall be excluded from the Speedy Trial Act.


                                        /s/Charles B. Swartwood, III
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE