UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40023-FDS
JOSE SANTOS-BUENO,             )
         Defendant,            )
_____)
```

**STATUS REPORT**
**July 27, 2005**

**SWARTWOOD, C.M.J.**

The following is a Status Report to Saylor, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed except that counsel for the parties have requested additional time to resolve issues involving an expert retained by Mr. Santos-Bueno and allow the Government sufficient time to decide whether it should hire its own mental health expert. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on August 30, 2005, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts.

3.  <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 27, 2005 (date of expiration of prior order of excludable time) through August 30, 2005 (date by which the parties will have resolved issues involving expert witnesses).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, November 8, 2005</u>.

<pre>
                                    /s/Charles B. Swartwood, III
                                    CHARLES B. SWARTWOOD, III
                                    CHIEF MAGISTRATE JUDGE
</pre>