**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
FAX: 617-223-8080

August 9, 2005

Paul Casey, Assistant U.S. Attorney
U.S. Attorney'S Office
Donohue Federal Building, Room #206
595 Main Street
Worcester, MA 01608

    Re:    United States v. Jose Santos Bueno
              Criminal No. 04 CR 40023 - FDS

Dear Paul,

      In accordance with Fed. R. Crim P. 16, defendant Jose Santos Bueno hereby discloses that pursuant to Fed. R. Evid. 702, 703 and 705 he expects to call Dr. David Gansler, Ph.D., ABPP/CN at the defendant's trial, which has not yet been scheduled.

      As previously disclosed, Dr. Gansler is a clinical neuropsychologist. I have already provided his CV to you. In 1996 he earned his Diplomate in Clinical Neuropsychology. He is a practicing psychologist and is a Assistant Professor of Psychology at Suffolk University and Assistant Professor of Psychiatry at Tufts University School of Medicine in Boston, Massachusetts. In addition, among other positions, Dr. Gansler has been the Director of the Clinical Neuropsychology Fellowship Program at the New England Medical Center, Department of Psychiatry in Boston, and the Chief Psychologist at the Lemuel Shattuck Hospital in Jamaica Plain.

      I have already provided you with Dr. Gansler's seven-page report detailing his examination of Mr. Bueno and his conclusions. Consider this report a detailed account of Dr. Gansler's opinions and bases and reasons for those opinions. To briefly summarize this information: at trial, Dr. Gansler will testify concerning Mr. Bueno's brain injury and the effect it had on his brain function and affect. He will describe the injury and the treatment Mr. Bueno received. He will describe the tests that he administered to Mr. Bueno to evaluate his present functioning and the lingering effects of the injury. He will explain what these tests indicated about the effects the injury had on Mr. Bueno's functioning, including his IQ, deficits in his executive functioning, memory, visual spatial ability, judgment, and problem-solving. I direct you to the last two pages of the report, sections titled "Overall Summary" and "Conclusions," for a detailed list of the factors Dr. Gansler will testify to.

**FEDERAL DEFENDER OFFICE**

  These opinions are based on his training and background, and his understanding of neuropsychological evaluation. He relied on a review of Mr. Bueno's medical records, clinical interview, and the results of the tests he conducted on Mr. Bueno in forming his opinions.

  Dr. Gansler may offer testimony rebutting the proffered opinion testimony of any expert the government may identify. We will summarize that rebuttal testimony, if any, after reviewing whatever disclosure statement you produce. We reserve any right we may have to call Dr. Gansler as a rebuttal witness after your expert has completed his or her testimony.

        Sincerely,

        /s/ Page Kelley

        Page Kelley
        Assistant Federal Defender

PK/tmc