UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

_____ )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
                                    )
        v.                          )   CRIMINAL ACTION
                                    )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,                  )
        Defendant,                  )
                                    )
_____)

                            STATUS REPORT
                           August 31, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Saylor, J. to whom this case is assigned:

   1. Discovery

   Counsel for Jose Santos-Bueno has obtained an opinion from a medical expert concerning her client's mental health. The results of this expert opinion will be forwarded to the Government and the Government has requested additional time to determine whether or not it needs to obtain an independent medical evaluation of Mr. Santos-Bueno. I have granted that request.

   2. Further Status Conference

   A further status conference shall be held in this case on September 22, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main

Street, Worcester, Massachusetts.

3. <u>Excludable Time</u>

At the request of the Government and with the assent of Mr. Santos-Buenos' counsel, I am excluding from the Speedy Trial Act, the period from August 30, 2005 (date of expiration of prior order of excludable time) through September 22, 2005 (date by which the Government will determine if it will seek an independent medical evaluation of Mr. Santos-Bueno). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 1, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE