# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )   CRIMINAL ACTION
                               )   NO. 04-40023-FDS
JOSE SANTOS-BUENO,             )
        Defendant,             )
_____)
```

### ORDER OF EXCLUDABLE TIME
### August 31, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from August 30, 2005 (date of expiration of prior order of excludable time) through September 22, 2005 (date by which the Government will determine if it will seek an independent medical evaluation of Mr. Santos-Buenos) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE