UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


_____ )
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 04-40023-FDS
JOSE SANTOS-BUENO,             )
         Defendant,            )
_____ )


                         FINAL STATUS REPORT
                         September 23, 2005

**SWARTWOOD, C.M.J.**

   The following is a Final Status Report to Saylor, J. to whom this case is assigned:

   1.  <u>Discovery</u>

   Completed.

   2.  <u>Substantive Motions</u>

   None anticipated.

   3.  <u>Trial</u>

   Counsel have requested that this case be returned to Judge Saylor for a trial. However, there is an issue which Judge Saylor will need to resolve before scheduling this case for trial. That issue involves a mental health opinion obtained by Mr. Santos-Buenos' counsel which the Government contends is irrelevant to the trial in this case. Counsel for the Government intends to file a

Motion In Limine preventing the Defendant's mental health from becoming an issue during the trial of this case and Judge Saylor should be alerted to this issue.

4. <u>Length of Trial</u>

Counsel estimate five days.

5. <u>Defenses</u>

The Defendant does not intend to pursue an alibi, public authority or insanity defense. However, the Defendant does intend to pursue issues involving the mental health of her client.

6. <u>Interpreter</u>

Yes.

7. <u>Excludable Time</u>

With the assent of counsel for the parties, I have previously excluded from the Speedy Trial Act, the entire period from date of arraignment through September 22, 2005. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Thursday, December 1, 2005</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE