UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| V. | ) |
|  | ) NO. 04-40023-FDS |
| JOSE SANTOS-BUENO, | ) |
|  | ) |
| Defendant | ) |
|  | ) |

**GOVERNMENT'S MOTION TO EXTEND TIME TO FILE REPLY BRIEF**

The United States of America, through the undersigned attorneys, moves the court for an order authorizing the government to file its reply brief to November 14, 2005. In support of the motion, counsel states:

1. The court had authorized the government to file a motion in limine to exclude psychiatric testimony by October 28, 2005, with a defense response by November 4, 2005, and the government's reply by November 9, 2005. Counsel for the government inadvertently failed to advise the court that counsel will be out of state on a preplanned vacation from November 2, 2005 through November 9, 2005. Counsel would respectfully request that the government's deadline for a reply be extended to November 14, 2005, since November 11, 2005 is a holiday and the court is closed for business.

2. The additional request of two business days to file the reply is not intended to delay matters and would not appear to prejudice the defendant.

```
                              Respectfully submitted,


                              Michael J. Sullivan
                              United States Attorney

                         By:    /s/ Paul G. Casey             

                              Paul G. Casey
                              Assistant U.S. Attorney
```

October 21, 2005