UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
            v.                  )       No. 04-40023-FDS
                                )
JOSE SANTOS-BUENO               )

MOTION TO SEAL

The United States of America, by Paul G. Casey, Assistant

U.S. Attorney, hereby moves to seal Exhibit B, attached to

Government's Motion in Limine to Exclude Defense Expert Testimony

at Trial Relating to Defendant's Mental Condition.

In support thereof, the government states that the exhibits

contain confidential sensitive and personal information regarding

the defendant's mental condition.  The government therefore

respectfully requests that the requested attached exhibits and

this motion be sealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   _____
      Paul G. Casey
      Assistant U.S. Attorney