# EXHIBIT A

REQUESTED BY: FITZPATRICK, GLEN

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. TECS ACCESS CODE 3 |
|---|---|
| REPORT OF INVESTIGATION | 2. PAGE 1 |
| | 3. CASE NUMBER ▮▮▮▮ |

| 4. TITLE: MUY BUENO SMUGGLING | | | | |
|---|---|---|---|---|
| 5. CASE STATUS: INTERIM RPT | | | | |
| 6. REPORT DATE 090204 | 7. DATE ASSIGNED 081304 | 8. CLASS I | 9. PROGRAM CODE 6B1 | 10. REPORT NO. 003 |

11. RELATED CASE NUMBERS:

12. COLLATERAL REQ:

13. TYPE OF REPORT:
    INVESTIGATIVE FINDINGS

TOPIC: INTERVIEW OF BUENO

14. SYNOPSIS:
SAC Boston Human Smuggling/Public Safety Group is currently conducting an investigation involving the smuggling/transportation of undocumented aliens from Dallas, Texas to Virginia, New York, Connecticut, and Massachusetts. The aliens are believed to be all natives and citizens of Brazil. On Friday, August 13, 2004, a white passenger van with Texas plate number 7CF P07 was stopped by the Massachusetts State Police on the Massachusetts Turnpike Route 90 east near exit 12 for a motor vehicle violation. It was determined that there were 7 undocumented aliens riding as passengers in the van driven by 2 Mexican males. The van is owned and operated by a company named Oxford Tours.

Report of interview of J. Santos BUENO (A76 933 828) regarding his involvement in the transportation of undocumented aliens.

DETAILS OF INVESTIGATION:

| 15. DISTRIBUTION: SACBO | 16. SIGNATURE: FITZPATRICK  GLEN  SENIOR SPEC AGENT | |
|---|---|---|
| | 17. APPROVED: BASSETT  CHERYL  OI GRP SUPERVISOR | |
| | 18. ORIGIN OFFICE: BO BOSTON, MA - SAC | 19. TELEPHONE: 617 565 3100 |
| | | 20. TYPIST: FITZPATRICK |

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE 2 |
|---|---|
| | 2. CASE NUMBER [redacted] |
| REPORT OF INVESTIGATION CONTINUATION | 3. REPORT NUMBER: 003 |

On Friday, August 13, 2004, J. Santos BUENO (A76 933 828) was interviewed at the JFK Federal Building, Boston, MA regarding his involvement in the transportation of undocumented aliens from Texas to various locations on the East Coast of the United States (US). BUENO was given his Miranda Warning prior to questioning in his native language (Spanish). BUENO read the warnings and stated to SA Kevin Cronin and SSA Cheryl Bassett that he read and understood his rights. BUENO agreed to waive his rights and agreed to answer questions about himself and his involvement in this incident. BUENO stated that his true and correct name is J. Santos BUENO, and he was born on December 15, 1971 in Zacatecas, Mexico. BUENO stated that he last entered the US on or about August 1998 near El Paso, Texas. BUENO stated that he entered the US illegally and was not inspected by immigration officials. BUENO claimed that he was married to a US Citizen named Maria Veronica Bueno Alanas, and that they have a 5-year-old US Citizen daughter. BUENO currently lives at 165 Old Segoville RD, Dallas, Texas and his phone number is 214-398-0174. BUENO states that his wife is in the process of petitioning for him to become a legal resident of the US. BUENO states that he has applied for an employment authorization document, but has not yet received it.

BUENO stated that he first became involved in this incident through an acquaintance named Tonio. BUENO has known Tonio for about 2 months. They met at a club in Dallas, TX named Tony's. Tonio frequents this establishment mostly on Saturdays. Tonio is about 5'8" tall, skinny, with a thin beard that connects from his sideburns to his mustache. Tonio is about 35 years old, speaks English and Spanish fluently, and possibly lives in Dallas, TX. Tonio drives a 1991 or 1992 black Honda Civic with Texas plates. BUENO spoke to Tonio on Tuesday, August 10, 2004 at the club Tony's. BUENO asked Tonio about a job. Tonio told BUENO if he wanted a job driving passengers to Boston to go to the Fina Gas Station on Industrial Ave in Dallas, TX on Wednesday, August 11, 2004 between 7:00 PM and 8:00 PM.

On Wednesday, August 11, 2004, 7:00, BUENO drove his pickup truck to the Fina Gas Station. BUENO stated that his pickup truck is a 1994 red Isuzu with Texas plates registered to his address but under the name Candida Rodriguez. Around 7:30 PM a white van arrived at the gas station driven by an individual called Junior. Junior told BUENO that he was a friend of Tonio's. Junior gave BUENO a paper with the name OXFORD TOURS on the top. The paper was a list of 14 individuals' names and included telephone numbers and addresses and locations. Located in the van were 14 individuals whose names corresponded with those on the list. Junior instructed BUENO that he should call the telephone numbers when he was getting close to the destinations and arrange for the family members to pick up the individuals. Junior told BUENO that the plaza in Somerville, MA was the last stop, and then he should drive the van back to Dallas when they were finished. At the bottom of the Oxford Tours

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE 3 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | 2. CASE NUMBER ████ |
| | 3. REPORT NUMBER: 003 |

list was a section that stated Chofer (Driver): Henrique, Chofer (Driver): Flaco. BUENO identified himself as Flaco (skinny) and Henrique as the other driver arrested with him. Junior gave him $400 to pay for tolls and gas. Henrique the other driver was dropped of at the gas station in a little red car, and got into the passenger seat of the white van. Junior instructed them that after their trip to return the van to him at the same gas station on Saturday, August 14 at 8:00 PM. BUENO asked Junior if the passengers in the van were illegal. Junior told him that if he wanted the work not to ask any questions. BUENO stated that based on the appearance of the passengers he believed that they were all undocumented aliens. BUENO stated that he felt if the passengers were legal, they would have traveled in a bus, where they would have been more comfortable with their own seat, instead of crammed into a van. BUENO stated that the fact that only had 2 suitcases for 14 people lead to his conclusion that they were undocumented. BUENO stated that since the passengers only spoke Portuguese made him believe that they were all Brazilians. BUENO stated that he knew it was against the law to drive illegal aliens from Dallas, TX to Boston, MA, but that he needed the money so he did it anyway. Bueno was not sure how much he would be paid for the trip, but Junior told him between $400 and $500. BUENO stated that Junior then got into another white van driven by another individual and drove away. BUENO drove the white van when they left the gas station with Henrique in the passenger seat and the 14 undocumented aliens in the back.

BUENO stated that he and Enrique were the only ones to drive and that they changed places every 6 hours. BUENO stated that he spoke to the passengers briefly, and that he had trouble understanding them because they spoke Portuguese and he only speaks Spanish. BUENO said that the passengers told him that they crossed the border about a week ago. BUENO told the passengers that if they needed to use the bathroom or to eat to tell him. BUENO stated that when they stopped the passengers paid for their own food.

BUENO stated that the first drop off was at a Home Depot on Route 50 in Arlington, VA. Bueno stated that passengers 10, 11, and 14 from the Oxford Tours list got out.

```
     Passenger                  Tel/Contact      Destino
10   ERICK HINOJOSA/DAVI        703.585.0173/RENE ARLINGTON, VA
11   JUAN C. FLORES/DAVI        703.538.4931/MARIA ARLINGTON, VA
14   EDGAR SILES/DAVI           703.772.0814 ARLINGTON, VA
```

BUENO stated that their second drop off was in New York, but he doesn't know where. BUENO stated that he was sleeping and Henrique was driving. BUENO stated that passengers 3 and 6 from the Oxford Tours list got out.

```
     Passenger                  Tel/Contact      Destino
```

OFFICIAL USE ONLY
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | 1. PAGE 4 |
|---|---|
| | 2. CASE NUMBER ████████ |
| REPORT OF INVESTIGATION CONTINUATION | 3. REPORT NUMBER: 003 |

```
03   JARMO SILVA/SAMIR Y HENRIQUE      203.332.9084/VALDIRENE Newark, NJ
06   JOAO BATISTA/SIRLAN 914.804.0187 Mount Vernon, NY
```

BUENO stated that after the second drop off when the van got on Route 84 in Connecticut, he began to drive. BUENO stated that the third drop off was at a Shell gas station located at exit 27 off of Route 84 in Connecticut. BUENO stated that passengers 1 and 9 from the Oxford Tours list got out.

```
     Passenger                    Tel/Contact       Destino
01   RONALDO S. MELLO/SAMIR Y ADAO  860.655.5065/VALDINEI  HARTFORD, CT
09   PATRICK O. SANTOS/TARCISION    203.526.5981/NAPOLEAO  BRIDGEPORT, CT
```

BUENO stated that both he and Henrique had cell phones with them. BUENO stated that his cell phone number is 469-878-8465. BUENO stated that his phone did not work so all of the calls made on the trip were made on Henrique's phone. BUENO stated that he was aware that what he was doing was against the law, and although they did not discuss it, he believed Henrique knew it was also. BUENO stated that this was the first time he had made such a trip, but that he was sure Henrique had made previous trips. BUENO stated that Henrique knew where they were going. BUENO stated that the remaining individuals from the Oxford Tours list were still in the van when the police on Route 90 in Massachusetts stopped the van.

Investigation continues.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

# EXHIBIT B

Vita

David Andrew Gansler

Office                                                                                      Home

Suffolk University
Psychology Department

                                                 191 Grant Avenue

41 Temple Street                                       Newton Center, MA 02459
Boston MA 02114                                  (617) 630-9043
(617) 305-6397


| | |
|---|---|
| e-mail: | dgansler@suffolk.edu |
| Date of birth: | March 31, 1961 |
| State License #: | 4912 |

**Education**

| | |
|---|---|
| Post-doctoral Fellowship: | Aphasia Research Center, Boston University; Post-doctoral fellow in clinical neuropsychology. |
| Ph.D. | University at Albany, State University of New York; Department of Psychology, Albany, New York, 12222. Degree in Clinical Psychology (APA approved) awarded In August, 1988. |
| B.A.: | University of Albany, State University of New York, 1983. |
| Major: | Psychology |

**Honors/Certifications**:

| | |
|---|---|
| 1996: | Diplomate in Clinical Neuropsychology; American Board of Professional Psychology/ American Board of Clinical Neuropsychology. #4660 |
| 1991-2000: | Member of NIAAA and NIDA SBIR study section. |
| Undergraduate: | Magna Cum Laude, Dean's list. |

**Clinical/Professional Experience**

| | |
|---|---|
| 07/04-07/05 | Consulting Neuropsychologist- StateWide Head Injury Program Massachusetts Rehabilitation Commission |
| 09/01- present | Assistant Professor (tenure track); Suffolk University |
| 04/00-present | Practicing Psychologist; Psychological Associates 92 High Street; Medford MA 02155. |
| 6/98-08/03 | Director-Clinical Neuropsychology Fellowship Program- New England Medical Center- Department of Psychiatry |
| 6/96-08/01 | Assistant Clinical Director, Attention Deficit Disorder/ Learning Disabilities Clinic at BDVAMC |
| 8/95-present | Consulting Neuropsychologist; Bournewood Health Systems Chemical Dependency/Psychiatry Unit Supervising neuropsychologist in post-doctoral training program.. |

| | |
|---|---|
| 6/93-12/04 | Chief Psychologist; Lemuel Shattuck Hospital. |
| 9/89-6/93 | Staff Neuropsychologist; Department of Psychiatry, New England Medical Center. |
| 9/89-08/03 | Staff Neuropsychologist; Boston DVAMC. |
| 9/88-8/89 | Aphasia Research Center, Boston University School of Medicine- Postdoctoral Fellow in Adult Clinical Neuropsychology; Boston Children's Hospital, Harvard University Medical School- Post-Doctoral externship in Developmental Neuropsychology. Supervised by Roberta F. White, Ph.D., ABPP/ABCN; Director of Clinical Neuropsychology, Boston DVAMC; and Jane H. Bernstein, Ph.D., Chief of Developmental Neuropsychology, Boston Children's Hospital. |
| 9/87-8/88 | Boston Department of Veterans Affairs Medical Center Clinical Internship. Supervised by Roberta F. White, Ph.D., ABPP/ABCN and Edith Kaplan, Ph.D., ABPP/ABCN. |
| 6/87-9/87 | Albany County Mental Health Clinic- Child Forensic Unit- Staff Psychologist. |
| 10/86-6/87 | Center for Stress and Anxiety Disorders, Practicum. Clinical Neuropsychological evaluations supervised by Robert J. McCaffrey, Ph.D. |
| 9/85-5/86 | Albany Department of Veterans Affairs Medical Center. Clinical Practicum in outpatient psychotherapy and psychodiagnostic assessment, supervised by Edward J. Hickling, Psy.D. |
| 9/84-5/85 | Psychological Services Center. Clinical Practicum in outpatient psychotherapy, supervised by Richard Heimberg, Ph.D. and Alien C. Israel, Ph.D. |

## RESEARCH AWARDS

| | |
|---|---|
| 07/98-present | **Massachusetts Veterans Epidemiology Research and Information Center** (MAVERIC). A grant of $16,000 awarded to study epidemiology of adult residual of among veterans. |
| 7/96-present | **Tufts-NEMC Clinical Research Center**. A seed grant of $8,000 has been awarded for the project "Regional cerebral blood flow of Wernicke-Korsakoffs Encephalopathy." |
| 7/91-7/92 | **Charlton Fund Research Award**. A seed grant of $7,500 was awarded for the project "Cerebral blood flow and cognitive functioning in alcoholism." |

## ACADEMIC AFFILIATIONS

| | |
|---|---|
| 9/93-present | **Tufts University School of Medicine**. Assistant Professor of Psychiatry (neuropsychology). |
| 09/93-present | **Massachusetts Department of Public Health**. Member- Institutional Review Board. |
| 9/89-9/93 | **Tufts University School of Medicine**. Clinical Instructor of Psychiatry. |
| 1/90-present | **Boston University School of Medicine**. Adjunct Professor of Neurology (neuropsychology). |
| 1/90-present | **Boston University Department of Neurosciences**. Adjunct Faculty. |
| 1/87-5/87 | **Siena College**. Part-time instructor of psychology. |
| 6/86-7/86 | **State University of New York at Albany**. Part-time instructor of psychology. |

**MANUSCRIPTS PUBLISHED IN REFEREED JOURNALS AND BOOK CHAPTERS**:

Antonucci, A.S., **Gansler**, D.A., Tan, S., Bhadelia, R., Patz, S., & Fulwiler, C. Orbitofrontal correlates of aggression and impulsivity in Psychiatric Patients (in press). *Psychiatry Research*

Oscar-Berman, M., Kirkely, S.M., **Gansler, D.A.**, & Couture, A. Comparisons of Korsakoff and non-Korsakoff alcoholics on neuropsychological tests of prefrontal brain functioning. *Alcoholism:Clinical and Experimental Research (in press)*.

**Gansler, D.A.**, Harris, G.J., Oscar-Berman, M., Streeter, C., Lewis, R.F., Ahmed, I., & Achong, D. (2000). Hypoperfusion of inferior frontal brain regions in abstinent alcoholics: a pilot SPECT study. *Journal of Studies on Alcohol*, 61 (1), 32-37.

Harris, G.J., Oscar-Berman, M., **Gansler, D.A.**, Streeter, C., Lewis, R.F., Ahmed, I., & Achong, D. (1999). Hypoperfusion of the cerebellum and aging effects on cerebral cortex blood flow in abstinent alcoholics: A SPECT study. *Alcoholism: Clinical and Experimental Research*, 23 (7), 1219-1227.

**Gansler, D.A.**, Fucetola, R., Krengel, M., Stetson, S., Zimering, R-, & Makary, C. (1998) Are there cognitive subtypes in adult attention deficit hyperactivity disorder? *Journal of Nervous and Mental Disease*, 186 (12), 776-781.

Rees, L., Tombaugh, T., **Gansler, D.A.**, Moczynski, N. (1998). *Five validation experiments of the Test of Memory and Malingering (J'OMM}. Psychological* Assessment, 10(1), 10-20.

Holzer, J., **Gansler**, D., Moczynski, N., & Folstein, M. (1997). Cognitive functions in the informed consent evaluation process: A pilot study. *The Journal of the American Academy of Psychiatry and theLaw*, 25(4): 531-40.

**Gansler, D.A.**, Covall, S., McGrath, N., & Oscar-Berman, M. (1996). Measures of prefrontal dysfunction after closed head injury. *Brain and Cognition*, 30,194-204.

Van Reekum, R., Conway, C.A., **Gansler, D.A.**, White, R.F., Bachman, D.L. (1993). Neurobehavioral study of borderline personality disorder. *Journal of Psychiatry and Neuroscience*, 18, 121-129.

**Gansler, D.A.**, & Klein, W.L. (1992). Human immunodeficiency virus encephalopathy and other consequences of HIV infection. In *Clinical Syndromes in Adult Neuropsychology* (ed.) R.F. White, Elsevier, Amsterdam.

**Gansler, D.A.**, & McCaffrey, R. (1991). Remediation of chronic attention deficits in traumatic brain injury patients. *Archives of Clinical Neuropsychology*, 6, 335-353.

McCaffrey, R.J., Rapee, R.D., **Gansler, D.A.**, & Barlow, D.H. (1990). Interaction of neuropsychological and psychological factors in two cases of space phobia. *Journal of Behavior Therapy and Experimental Psychiatry*, 21, 113-120.

Hope, D., **Gansler, D.A.**, & Heimberg, R.H. (1989). Implications of the social psychological literature for the treatment of social phobia. *Clinical Psychology Review*, 9, 49-60.

McCaffrey, R.J., Steckler, R.A., **Gansler, D.A.**, & Roman, L.O. (1987). An experimental evaluation of the efficacy ofsuloctidil in the treatment of primary degenerative dementia. *Archives of Clinical Neuropsychology*, 2, 155-161.

Heimberg, R.H., **Gansler, D.A.**, Dodge, C.S., & Becker, R.E. (1987). Validation of the cognitive somatic anxiety questionaire in a social phobia population. *Behavioral Assessment*, 9, 379-388.

Chiauzzi, E.J., Heimberg, R.H., Becker, R.E., & **Gansler, D.A.** (1984). Personalized versus standard role

plays in the assessment of depressed patient's social skill. *Journal of Psychopathology and Behavioral Assessment*, 1 (2), 121-133.

Boice, R., Hanley, C.P., **Gansler, D.A.,** Shaughnessy, P., & Dudek, B.C. (1984). Generality of observational skill across verbal and nonverbal modes: Literature and experimental test. *Journal of Nonverbal Behavior*, Spring Edition, 172-186.

Gansler, D.A., McCaffrey, R. (1988). A clinical trial of attentional remediation in traumatic brain injured adults. *Journal of Clinical and Experimental Neuropsychology*, 10, 67.

Boice, R., Hanley, C.P., Shaughnessy, P., & Gansler, D.A. (1982). Eyewitness accuracy: A general observational skill? *Bulletin of the Psychonomics Society*, 20 (4), 193-205.

**CONVENTION PRESENTATIONS**:

Hobbs, D.J., Gansler, D.A., & Johnson, B. Frontal and temporal lobe comparison in cocaine dependence: convergent evidence of neuropsychological and head SPECT examination. A poster presented at the National Academy of Neuropsychology, San Antonio, Texas, November 1999.

Danforth, T.B., Gansler, D.A., & McMackin, R.A. Memory and learning function in juvenile delinquent youths diagnosed with PTSD. A poster presented at the National Academy of Neuropsychology, San Antonio, Texas, November 1999.

Grossman, H.T., Gansler, D.A., Cioffari, A., Moczynski, N. & Folstein, M. AIDS Mania: Evidence for Right Frontal Dysfunction. A poster presented at the American Psychiatric Association meeting, Washington, D.C., May, 1999.

Fulwiler, C., Gansler, D., & Moczynski, N.P. Neuropsychological characteristics of violent psychiatric patients. A paper presented at the joint meeting of the American and British Neuropsychiatric Associations, Cambridge, England, July 1997.

Holzer, J., Gansler, D.A., Folstein, S., & Folstein, M.F. Executive function in informed consent evaluations. A poster presented at the American Neuropsychiatric Association (ANA), 1996, Pittsburgh, Pa.

Gansler, D.A., Tombaugh, T.N., Moczynski, N.P., & McNeil, L. Test of Motivation/Malingering (TOMM): Initial Validation in a traumatic brain injury cohort. A poster presented at the National Academy of Neuropsychology (NAN), 1995, San Francisco, Ca.

Ranlett, G., Gansler, D.A., Kodituwakku, P.W. Planning deficits in cocaine addicted adults: evidence of prefrontal dysfunction. A poster presented at the National Academy of Neuropsychology (NAN), 1995, San Francisco, Ca.

Scott, T.M., Duff, K., Gansler, D.A., Moczynski, N.M., & Norton, J. The utility of the dementia version of the California Verbal Learning Test (CVLT-D) in discriminating between demented and nondemented groups. A poster presented at the International Neuropsychological Society (INS), 1995, Seattle, Wa.

Gansler, D.A., McGrath, N., Kaplan, E., Moczynski, N.M., & Norton, J. The utility of the dementia version of the California Verbal Learning Test (CVLT-D) in a traumatic brain injury population. A poster presented at the International Neuropsychological Society (INS), 1995, Seattle, Wa.

Conway, C., Ahmed, I., & Gansler, D.A. Correlations between MRI, SPECT, and Neuropsychological testing in neuropsychiatric patients. A poster presented at the American Psychiatric Association (APA), 1992, Washington, D.C.

Gansler, D.A., Covall, S., McGrath, N., & Oscar-Berman, M. Frontal lobe deficits in closed head injury. A

paper presented at the International Neuropsychological Society (INS), 1991, San Antonio, Tx.

**BOOK REVIEWS, PUBLISHED ABSTRACTS, AND NON-REFEREED PUBLICATIONS**:

Kirkley, S.M., Oscar-Berman, M., Gansler, D.A., and Renick, A. (2001). Frontal dysfunction in alcoholism with and without antisocial personality disorder. *The Clinical Neuropsychologist*, 2 (15), pp.280.

Scott, T.M., Duff, K., Moczynski, N., Norton, J., & Gansler, D.A. (1995). The utility of the dementia version of the California Verbal Learning Test (CVLT-D) in discriminating between demented and nondemented groups. *Journal of the International Neuropsychological Society*, 1, 144.

Gansler, D.A., McGrath, N., Kaplan, E., Moczynski, N., Norton, J. (1995). The utility of the dementia version of the California Verbal Learning Test (CVLT-D) in a traumatic brain injury population. *Journal of the International Neuropsychological Society*, /, 123.

Gansler, D.A. (1992). Review of Neuromethods, volume 20 of the Neuroscience series edited by Alan A. Boulton, Glen B. Baker, and Men-ill Hiscock. *Journal of Clinical Psychopharmacology*, 12 (I), 72-73.

Gansler, D.A., Covall, S., McGrath, N., Oscar-Berman, M. (1991). Frontal lobe deficits in closed head injury. *Journal of Clinical and Experimental Neuropsychology*, 13, 81.

Ahmed, I., & Gansler, D.A. (1990). Review of Neurobiology of Memory by Yadin Dudai. *Journal of Clinical Psychopharmacology*, 10, 307-308.