UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-40023-FDS |
| | ) | |
| JOSE SANTOS BUENO | ) | |

<u>DEFENDANT'S MOTION TO FILE OPPOSITION TO
GOVERNMENT'S MOTION LATE</u>

_____Now comes counsel for defendant, Jose Santos Bueno, and requests that she be

permitted to file the defendant's opposition to the government's motion, due on Friday,

November 5, 2005, on Monday, November 7, 2005.  In support, counsel states that on Friday,

November 5, due to an office-wide computer problem, she did not have access to her computer

until 3:30 p.m. and so was unable to finish the motion in a timely fashion.

JOSE SANTOS BUENO
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061