UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>JOSE SANTOS-BUENO,  )<br>  )<br>    Defendant.  )<br>  ) | Criminal No.<br>04-40023-FDS |

ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

At the Status Conference on October 21, 2005, the government indicated that it planned to file a motion in limine to exclude certain expert testimony. The Court set deadlines for this limited motion practice and scheduled a jury trial for January 9, 2006. The parties jointly moved to exclude the time between October 21, 2005 and January 9, 2006 in order to permit resolution of the issues set forth in the motion.

On joint motion of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from October 21, 2005, through January 9, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: December 1, 2005