UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES of AMERICA, )<br>  )<br>Plaintiff, )<br>  )<br>v. )<br>  )<br>JOSE SANTOS-BUENO, )<br>  )<br>Defendant. )<br>  ) | Criminal No.<br>04-40023-FDS |

## ORDER OF EXCLUDABLE TIME

**SAYLOR, J.**

On December 1, 2005, the parties jointly moved to continue the motion hearing scheduled for December 2, 2005. The Court granted the motion and rescheduled the hearing for December 16, 2005. A pretrial conference was scheduled for February 1, 2006.

On joint motion of the parties, and because the ends of justice served by granting this request outweigh the interest of the public and the defendants in a speedy trial, the period of time from January 9, 2006, through February 1, 2006, shall be excludable under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F) and 3161(h)(8)(A).

**So Ordered.**

　　　　　　　　　　　　　　　　　　　　/s/ F. Dennis Saylor
　　　　　　　　　　　　　　　　　　　　F. Dennis Saylor IV
　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:  December 1, 2005