UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 4:04 CR 40023 |
| v. | VIOLATIONS: |
| | 18 U.S.C. § 371-- Conspiracy |
| JOSE SANTOS-BUENO | 8 U.S.C. §1324(a)(1)(A)(ii) Transportation of Illegal Aliens |

SUPERSEDING INFORMATION

**COUNT ONE**:   (18 U.S.C. § 371 - Conspiracy)

The United States Attorney charges that:

From on or about August 11, 2004, and continuing thereafter to on or about August 13, 2004, at Southboro, in the District of Massachusetts, and elsewhere,

**JOSE SANTOS-BUENO,**

defendant herein, did unlawfully, willfully and knowingly combine, conspire, confederate and agree with others to commit offenses against the United States hereafter described.

PURPOSE OF THE CONSPIRACY

1.   It was the purpose of the conspiracy to violate the federal laws of the United States by concealing the transportation of illegal aliens within the United States.

OVERT ACTS

2.   In furtherance of the conspiracy, and to effect its objects, the defendant and his co-conspirator committed the following overt acts:

      a. the defendant and his co-conspirators knew that illegal aliens were being unlawfully transported within the United States from Texas to various locations in different states including Massachusetts;

      b. the defendant and his co-conspirators concealed the illegal transportation of these illegal aliens within the United States from Texas to various states including Massachusetts; and

      c. the defendant and his co-conspirators failed to reveal the commission of this felony to immigration officials or other state or federal authorities.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO:**    8 U.S.C. § 1324(a)(1)(A)(ii) --
            Transportation of Illegal Aliens

The United States Attorney further charges:

On or about August 13, 2004, at Southboro, in the District of Massachusetts and elsewhere,

**JOSE SANTOS-BUENO,**

the defendant herein, knowing and in reckless disregard of the fact that aliens, had come to, entered and remained in the United States in violation of law, transported and moved such aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and in furtherance of private financial gain.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii); Title 8, United States Code, Section 1324(a)(1)(B)(i), and Title 18, United States Code, Section 2.


MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL G. CASEY
Assistant U.S. Attorney