AO 455 (Rev. 5/85) Waiver of Indictment

Filed in open Court. 1/31/06

# United States District Court
### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 04 40023 FDS

I, __J. Santos Bueno__, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/30/06__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Jose Santos Bueno
Defendant

R__ Keeley
Counsel for Defendant

Before _____
Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.